# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ANDREW TYLER VACTOR, | : Case No. 3:20-cv-6 |
| Plaintiff, | : District Judge Thomas M. Rose |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| URBANA CITY SCHOOLS, *et al.*, | : |
| Defendants. | : |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendants Urbana City Schools, Charles Thiel, Bob Huelsman, Darrell Thomas, Amy Paul, Jim Arter, Jan Engle, Sarah Finch, Jill Weimer, Cathie Scott, Mildred Chamberlain, Jason Schultz, Scott Wasserman, and Daniel Shay filed a Motion to Dismiss on February 21, 2020. (Doc. #19). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **March 16, 2020**. If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case dismissed.

February 24, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge